G. Thomas Martin, III (SBN 218456)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
Direct Dial: (818) 907-2030
Fax: (818) 205-3730
tom@plglawfirm.com

Attorneys for Plaintiff,
MARIA CHIASSON

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA CHIASSON, <br><br> Plaintiff, <br><br> vs. <br><br> DIVERSIFIED COLLECTION SERVICES, INC.; and DOES 1 to 10, inclusive, <br><br> Defendants. | Civil Case No.: 12-cv-03118-SBA <br><br> [PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE |

PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of Plaintiff MARIA CHIASSON against Defendant DIVERSIFIED COLLECTION SERVICES, INC. are dismissed, without prejudice. Plaintiff MARIA CHIASSON and Defendant DIVERSIFIED COLLECTION SERVICES, INC. shall each bear their own costs and attorneys' fees.

Date: 12/21/12

_Saundra B. Armstrong_
JUDGE, United States District Court,
Northern District of California

- 1 -
[PROPOSED] ORDER OF DISMISSAL